**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Rachel Luna | § | |
| | § | |
| *versus* | § | Case Number: 4:23−cv−03005 |
| | § | |
| U.S. Bank, NA | § | |

## Notice of Cancellation

A proceeding in this case has been canceled as set forth below.

    Canceled setting: Initial Pretrial and Scheduling Conference

    Date and Time: 10/13/2023 at 2:00PM

Date: October 10, 2023

                                                                                      Nathan Ochsner, Clerk